THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK DRUCKER, Appellant.

Argued December 5, 1945; decided January 18, 1946.

*Abraham J. Gellinoff, Hyman Barshay* and *Moses L. Kove* for appellant.

*Ben Newberg, District Attorney* (*William Deckelman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J.; LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.